UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOOD STANEZAI,<br>Plaintiff,<br>v.<br>CITY OF ROSEVILLE and ROSEVILLE POLICE DEPARTMENT,<br>Defendants. | No. 2:26-cv-3272-DJC-SCR (PS)<br><br>ORDER |

The court is in receipt of plaintiff's motion to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 4. The court has reviewed the filing and GRANTS Plaintiff's request for the reasons below.

Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party may bring a request to use electronic filing as a written motion setting out an explanation of reasons for the requested exception. L.R. 133(b)(3). Once plaintiff is approved to file documents electronically, the plaintiff will no longer receive any documents by mail and the court will not accept paper documents from plaintiff, meaning plaintiff can no longer mail in any filings.

A motion to e-file must make clear whether the party is familiar with the requirements

applicable to electronic filing in this court, and whether they have access to the hardware and software needed for electronic filing. Plaintiff clearly indicates that he has a PACER account, a secure email address, a high-speed Internet connection, a document scanner, and the ability to convert documents to PDF format. ECF No. 4. Plaintiff further affirms that he understands and accepts that in making this request, he agrees that all notices and documents will be received by e-mail and not by regular mail. *Id.*

Upon finding good cause, the request (ECF No. 4) is GRANTED. Plaintiff shall request "e-filing access" to the Eastern District of California by logging into PACER at www.pacer.gov and selecting E-filing Access under the Account Maintenance Tab. The Clerk of Court shall make necessary arrangements to allow Plaintiff to participate in electronic filing for this case.

DATED: November 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE